FILED
8/27/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| DRAGGIN' Y CATTLE COMPANY, INC.; and ROGER AND CARRIE PETERS,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C.,<br><br>Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>NEW YORK MARINE GENERAL INSURANCE COMPANY,<br><br>Intervenor/Third-Party Defendant | No. CV 19-34-BU-SEH<br><br>**ORDER** |

The Court conducted a conference with counsel on the record on August 27, 2019, at which issues raised by and pending in Cause No. CV 14-83-GF-BMM and Cause No. CV 19-34-BU-SEH, were addressed,

ORDERED:

1. Defendant New York Marine General Insurance Company shall file

an amended complaint on or before September 6, 2019.

2. Plaintiffs Draggin' Y Cattle Company, Inc., and Roger and Carrie Peters, and Third-Party Plaintiff Junkermier, Clark, Campanella, Stevens, P.C. shall file an answer, to include any and all motions, denials, affirmative defenses, and counterclaims, on or before September 20, 2019.

3. All motions directed to issues presented by the amended pleading together with supporting briefs shall be filed on or before September 27, 2019. Response and reply briefs shall be filed in accordance with L.R. 7.1(d).

4. All pending motions, including the Motion to Consolidate Related Cases;[1] Emergency Motion to Stay Briefing on Motion to Consolidate;[2] Motion to Dismiss;[3] and Motion to Remand[4] are DENIED WITHOUT PREJUDICE to renewal, if appropriate.

DATED this 27th day of August, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 3.

[2] Doc. 6.

[3] Doc. 8.

[4] Doc. 11.