# N THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DRAGGIN' Y CATTLE COMPANY, INC., and ROGER AND CARRIE PETERS,<br><br>    Plaintiffs,<br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C., et al<br>    Defendant/Third Party Plaintif<br><br>vs.<br><br>NEW YORK MARINE GENERAL INSURANCE COMPANY,<br><br>    Intervenor/Third-Party Defendant. | CV-14-83-GF-BMM<br>CV-19-34-BU-SEH<br><br>**ORDER NUNC PRO TUNC** |

Pursuant to the Unopposed Motion for Order *Nunc Pro Tunc*, filed by Junkermier, Clark, Campanella, Stevens, P.C., (Doc. 381 in CV-14-83-GF-BMM) the minute entry in the case docket, (CV-19-34-BU-SEH, Doc. 20) should be corrected to reflect that a conference with the parties was held on August 27, 2019,

not a motion hearing, and that Thomas A. Marra represents only Junkermier, Clark, Campanella, Stevens, P.C., and no other parties to this proceeding.

DATED this 26th day of September, 2019.

_____
Brian Morris
United States District Court Judge