# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C., DRAGGIN' Y CATTLE COMPANY, INC. and ROGER and CARRIE PETERS,<br><br>Defendants. | CV-14-83-GF-BMM<br><br>**ORDER** |
| DRAGGIN' Y CATTLE COMPANY, and ROGER and CARRIE PETERS,<br><br>Plaintiffs,<br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C.,<br>Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Intervenor/Third-Party Defendant | CV-19-34-BU-BMM |

The Court conducted a telephone conference on January 3, 2020, with counsel for all of the parties participating. (Doc. 451.) The Court set a hearing for February 7, 2020, to address a number of motions filed by the parties. *Id.* In the interim, the parties filed a motion asking the Court to refer the matter for a settlement conference. (Doc. 462.) The Court referred the matter to Magistrate Judge Johnston to conduct a settlement conference. (Doc. 463.) Magistrate Judge Johnston conducted a telephone conference with the parties to set a date for the settlement conference. (Doc. 468.) Magistrate Judge Johnston set the settlement conference for February 7, 2020. *Id.* The Court vacates the hearing set for February 7, 2020, to allow the parties to attend the settlement conference with Magistrate Judge Johnston. The Court will contact the parties to schedule a telephone conference to reset the hearing date.

DATED this 23rd day of January, 2020.

_____
Brian Morris
United States District Court Judge