# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C., DRAGGIN' Y CATTLE COMPANY INC., and ROGER and CARRIE PETERS, individuals,<br><br>Defendants. | **CV-14-83-BMM**<br>**CV-19-34-BMM**<br><br>**ORDER** |
| DRAGGIN' Y CATTLE COMPANY, INC., and ROGER and CARRIE PETERS, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C.,<br><br>Defendant/Third-Party Plaintiff<br><br>vs. | |

1

| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | |
|---|---|
| Intervenor/Third-Party Defendant. | |

## **ORDER**

The parties have stipulated that this case may be dismissed with prejudice. Good cause having been shown, **IT IS HEREBY ORDERED THAT** the above-entitled action, which has been consolidated with and thus includes Case No. 2:19-CV00034-BU-BMM, is hereby **DISMISSED**, with prejudice, with each party to bear their own fees and costs.

DATED this 6th day of March, 2020.

_____
Brian Morris
United States District Court Judge